UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LINDA SLADE,

                        Plaintiff,

                        21 Civ. 1037 (LGS)

          -against-

                        ORDER

LEARN TO LIVE, INC.,

                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated February 16, 2021 (Dkt. No. 5), required the parties to file a proposed case management plan and joint letter by April 1, 2021;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **April 5, 2021, at noon**.

Dated: April 2, 2021
      New York, New York

                                         LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE